# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER LYNN KELLY III,<br><br>                Plaintiff,<br><br>          v.<br><br>NANCY A. BERRYHILL,<br><br>Commissioner of Social Security,<br><br>               Defendant. | CASE NO. 2:16-CV-05779-SK<br><br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

DATED: December 18, 2017

_____

STEVE KIM
U.S. MAGISTRATE JUDGE